UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| RONALD RICHARD WADDELL, JR., | ) |
| Plaintiff, | ) ) ) No. 2:21-CV-178 |
| v. | ) ) Judge Curtis L. Collier |
| GREENEVILLE POLICE DEPARTMENT, *et al.*, | ) ) Magistrate Judge Cynthia R. Wyrick |
| Defendants. | ) ) ) |

## JUDGMENT ORDER

On December 27, 2021, United States Magistrate Judge Cynthia R. Wyrick filed a report and recommendation (the "R&R") upon screening Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B)(i)–(ii). (Doc. 5.) No objection has been filed to the R&R within fourteen days. *See* 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 6(d).

The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 5). Plaintiff's complaint (Doc. 2) is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ *LeAnna Wilson*
CLERK OF COURT